IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MAKUSHA GOZO | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv1 |
| ATTORNEY GENERAL, ET AL. | § | |

REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE
JUDGE RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff Makusha Gozo, formerly an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brings the above-styled lawsuit.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Plaintiff has filed a motion for default judgment and/or summary judgment (ECF No. 18). This report and recommendation considers such motion.

The Motion for Default Judgment

Plaintiff requests that the court enter a default judgment and/or summary judgment against the defendants in this action because of a "well-documented, unrefuted history of not answering" his administrative grievances.

Analysis

Rule 55, FED. R. CIV. P. provides in pertinent part:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

This action was severed from a petition for writ of habeas corpus filed by plaintiff; thus, the claims plaintiff wishes to assert and the defendants he wishes to sue have not been clearly defined at this time. By separate order this date, plaintiff has been ordered to submit a complaint form naming the defendants in this action and setting out the factual basis for any claims for liability against each defendant. Once the complaint form has been completed and filed, the above styled action will undergo screening, pursuant to 28 U.S.C. § 1915, and either the case will be recommended for dismissal or the defendants will be ordered to answer. As the defendants have not been ordered to answer plaintiff's complaint at this time, plaintiff's motion is premature and should be denied.

## Recommendation

Plaintiff's motion for default judgment and/or summary judgment (ECF No. 18) should be denied.

## Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *See Douglass v. United*

*Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 16th day of November, 2023.

                                                Zack Hawthorn
                                                United States Magistrate Judge